

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-13-00124-CV

**CHRISTUS SANTA ROSA HEALTH CARE CORPORATION**,
Appellant

v.

Jennifer Marie **BOTELLO** and Edmond M. Ybarra Individually
and as Next Friends of Yzabella Marie Ybarra, a Minor Child,
Appellees

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-18783
Honorable Barbara Hanson Nellermoe, Judge Presiding

BEFORE JUSTICE MARION, JUSTICE BARNARD, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, (1) the trial court's order of February 6, 2013 is REVERSED and judgment is RENDERED dismissing appellees' health care liability claims against appellant with prejudice and (2) we REMAND the cause to the trial court for a determination of court costs and attorney's fees to be awarded to appellant pursuant to Texas Civil Practice and Remedies Code section 74.351(b)(1).

It is ORDERED that appellant recover its costs of appeal from appellees.

SIGNED September 18, 2013.

Sandee Bryan Marion, Justice